1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  JAMES BELL,                              1:12-cv-01540-SAB (HC)

10              Petitioner,                 ORDER RECUSING MAGISTRATE JUDGE
                                            STANLEY A. BOONE AND DIRECTING
11       v.                                 CLERK OF COURT TO ASSIGN ACTION TO
                                            MAGISTRATE JUDGE BARBARA A.
12                                          McAULIFFE
   PAUL COPENHAVER,
13
                Respondent.
14  _____/

15
16
17          It appears to the undersigned, the magistrate judge to whom this case is presently assigned

18  that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

19
20          IT IS THEREFORE ORDERED:

21          1.      That the undersigned recuses himself as the magistrate judge to whom this case is

   assigned.
22
            2.      This case shall be reassigned to the docket of Magistrate Judge Barbara A.
23
   McAuliffe by the Clerk's Office.
24
            3.      The new case number shall be:
25
                                    **1:12-cv-01540 BAM (HC)**,
26
   and all future pleadings and/or correspondence must be so numbered.  The parties are advised
27
   that use of an incorrect case number, including initials, may result in a delay of documents being
28

1    processed and copies thereof being correctly distributed and received by the appropriate judicial

2    officer.

4          IT IS SO ORDERED.

5    **Dated:   January 7, 2013**                    **/s/ Stanley A. Boone**
                                                     UNITED STATES MAGISTRATE JUDGE